```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL DEVIN MORGAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>              Plaintiff,       )<br>                               )<br>      v.                       )<br>                               )<br> MICHAEL DEVIN MORGAN, et al., )<br>                               )<br>              Defendants.      )<br>                               )<br> _____ ) | NO. CR-S-08-0077 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: March 14, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell,<br>       Jr. |

It is hereby stipulated between the parties, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MICHAEL DEVIN MORGAN, that the Status Conference hearing date of March 7, 2008, is vacated and a new Status Conference hearing date of March 14, 2008, at 9:00 a.m. is hereby set.

This continuance is requested because co-defendant's counsel is unavailable on March 7, 2008, and defense counsel needs additional time to meet with defendant and to co-ordinate with his case that is set for March 14, 2008. Also, discovery is forthcoming from the government.

1       It is further stipulated that the period from March 7, 2008,
2  through and including March 14, 2008, should be excluded pursuant to 18
3  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4  counsel and defense preparation.

5  Dated:   February 28, 2008          Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                        /s/ Mary M. French
                                       MARY M. FRENCH
                                       Supervising Assistant
                                       Federal Defender
                                       Attorney for Defendant
                                       MICHAEL DEVIN MORGAN

   Dated:   February 28, 2008          MCGREGOR W. SCOTT
                                       United States Attorney


                                       /s/   Mary M. French for
                                             Michelle Rodriguez
                                       _____
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney
                                       per telephonic authorization



   IT IS SO ORDERED.

   Dated:   February 28, 2008

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

Stipulation and Order                  -2-